### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES B. HOWE | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:07-cv-515 (JCH) |
| v. | : | |
| | : | |
| TMG SPORTS MARKETING LLC | : | APRIL 10, 2007 |
| Defendant | : | |

### ORDER

On April 4, 2007, defendant TMG Sports Marketing, LLC,  a  Michigan Limited

Liability Corporation with a principal place of business in Auburn Hills, Michigan, filed a

Notice of Removal [Doc. No. 1] alleging federal jurisdiction based on diversity of

citizenship between the parties.  However, the defendant's pleading of diversity is

inadequate because defendant is a limited liability corporation, and as such must

demonstrate that diversity exists between plaintiff and each member of defendant LLC.

See Carden v. Arkoma Associates, 494 U.S. 185, 189 (1990).   Defendant, TMG Sports

Marketing, LLC, is therefore ordered to provide the Court with the citizenship of each of

its members by **APRIL 24, 2007**, or this action will be dismissed for lack of subject

matter jurisdiction.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of April, 2007.


 /s/ Janet C. Hall
Janet C. Hall
United States District Judge